## UNITED STATES DISTRIC COURT
## FOR THE OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN MOORE** ) | |
| ) | |
| **Plaintiff,** ) | Ca No.  1:11-cv-02198 |
| ) | Judge Leon, Richard J. |
| **v.** ) | |
| ) | |
| ) | |
| **LIGHTSTORM, et al.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **NOTICE**

**PLEASE TAKE NOTICE** that Plaintiff hereby dismisses the Complaint in the above captioned matter without prejudice, filed on December 9, 2011.

Respectfully submitted,

*Donald M. Temple*
Donald M. Temple
. DONALD M. TEMPLE, P.C.
1229 15th Street, N.W.
Washington, DC 20005
202-628-1101
dtemplelaw@gmail.com